UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ACOSTA, <br>     Plaintiff, <br>   v. <br> UNKNOWN, <br>     Defendant. | Case No. 19-08414 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

On December 26, 2019, Plaintiff, a state prisoner proceeding pro se, filed a letter which the Court construed as a civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff separate notices that the In Forma Pauperis Application ("IFP") and complaint were deficient, and she needed to submit a Complaint, IFP Application and Consent to Magistrate Judge within twenty-eight days or face dismissal of the action. (Docket Nos. 2, 3 and 4.) On January 6, 2020, the notices sent to Plaintiff were returned to the Court as undeliverable because Plaintiff was no longer in custody. (Docket No. 5.) To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.[1]

---

[1] On January 14, 2020, the Court sua sponte attempted to contact Plaintiff at a different address that was discovered, but there has been no response from Plaintiff to that mailin

1  Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must
2  promptly file a notice of change of address while an action is pending. See L.R. 3-11(a).
3  The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro
4  se party by the Court has been returned to the Court as not deliverable, and (2) the Court
5  fails to receive within sixty days of this return a written communication from the pro se
6  party indicating a current address. See L.R. 3-11(b).

7  More than sixty days have passed since the mail addressed to Plaintiff was returned
8  as undeliverable. The Court has not received a notice from Plaintiff regarding a new
9  address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice
10  pursuant to Rule 3-11 of the Northern District Local Rules.

11  The Clerk shall terminate any pending motions.

12  **IT IS SO ORDERED.**

13  Dated: ___3/11/2020_____     _____
                                      EDWARD J. DAVILA
14                                    United States District Judge

27  Order of Dismissal
    PRO-SE\EJD\CR.19\8414.Acosta_dis-LR3